**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01395-CMA-STV

ROCHELLE ORLANDO,

    Plaintiff,

v.

TOWN OF FIRESTONE, in its official capacity,

    Defendant.

## JOINT STATUS REPORT

Plaintiff Rochelle Orlando, by and through her counsel, Tiffany Drahota of Drahota Defense, LLC, and Defendant Town of Firestone, by and through its counsel Katherine M.L. Pratt and Chelsie L. Smith of Well, Anderson & Race, LLC, (collectively, the "Parties"), hereby submit their joint status report pursuant to the Court's order dated June 30, 2022 (ECF No. 12), and state as follows:

1. On June 30, 2022, the Court granted the parties motion to vacate the scheduling conference and required the parties to file a status report within seven days of the settlement conference or by October 1, 2022, whichever is sooner. *See* ECF No. 12.

2. On September 22, 2022, the parties attended a settlement conference with Magistrate Judge Varholak.

3. The parties reached an agreement and are in the process of preparing the settlement agreement.

4.      The Court also ordered the parties to file either dismissal papers or a further status report by October 24, 2022.  *See* ECF No. 19.

5.      The parties will continue working to finalize the agreement and will submit either dismissal papers or a status report by October 24, 2022.

Dated this 29th day of September, 2022.

Respectfully submitted,                             Respectfully submitted,

*S/Tiffany Drahota*                                 *S/Katherine M.L. Pratt*
Tiffany Drahota                                     Katherine M.L. Pratt
DRAHOTA DEFENSE, LLC                                Chelsie L. Smith
3200 Cherry Creek South Dr.                         WELLS, ANDERSON & RACE, LLC
Suite 720                                           1700 Broadway, Suite 900
Denver, CO 80209                                    Denver, CO 80290
Telephone: (402) 651-0383                           Telephone: (303) 830-1212
Email: tiffany@drahotadefense.com                   Email: kpratt@warllc.com
                                                           csmith@warllc.com

*Attorney for Plaintiff Rochelle Orlando*           *Attorneys for Defendant Town of Firestone*

*Original Signature on File at the Offices of*      *Original Signature on File at the Offices of*
*Drahota Defense, LLC*                              *Wells, Anderson & Race, LLC*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 29, 2022, I electronically filed the foregoing, **JOINT STATUS REPORT** with the Clerk of the United States District Court for the District of Colorado using the CM/ECF system, which will serve to the following:

Tiffany J. Drahota
Drahota Defense LLC
1543 Champa Street Ste 400
Denver, CO 80202

Email: tiffany@drahotadefense.com

*Attorney for Plaintiff*


                                        *S/ Kathleen Porter*

Kathleen Porter
Legal Assistant
*[Original Signature on File at the Law Office of Wells, Anderson & Race, LLC]*

3