IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Christine M. Arguello

Civil Action No. 22-cv-001395-CMA-STV

ROCHELLE ORLANDO,

    Plaintiff,

v.

TOWN OF FIRESTONE,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Stipulation for Dismissal With Prejudice (Doc. # 22). The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay its own costs and attorneys' fees.

DATED: October 20, 2022

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
Senior United States District Judge